

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

September 11, 2020

Hon. Lewis J. Liman
United States District Judge
US District Court, SDNY
40 Foley Square
New York, NY 10007

        Re: O'Rourke v. Buttercup Cranberry Inc., et al,
           Civil Action No.: 20-cv-1294 (LJL)
       **LETTER MOTION FOR STAY OF PROCEEDINGS**
       **FOR APPOINTMENT OF ADMINISTRATOR OF**
       **ESTATE**

Greetings Hon. District Court Judge Liman,

    This law firm represents the plaintiff, Christopher O'Rourke in the above captioned matter. On the consent of the defendant, the parties seek a stay of all proceedings pending the appointment of Plaintiff's surviving spouse, Noreen O'Connell as administrator of the estate of the deceased plaintiff.

Thank you for your courtesy in this matter.

    Respectfully submitted,

*Peter Sverd*

    Peter Sverd, Esq.
Cc. All Parties by ECF Only

GRANTED.  This action is stayed.  The parties are directed to submit a joint status letter within thirty (30) days of this Order.

SO ORDERED. 9/11/2020.

LEWIS J. LIMAN
United States District Judge