```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CHRISTOPHER O'ROURKE,                                              :
                                                                   :
                         Plaintiff,                                :
                                                                   :        20-cv-1294 (LJL)
        -v-                                                        :
                                                                   :            ORDER
BUTTERCUP CRANBERRY INC., et al.,                                  :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

LEWIS J. LIMAN, United States District Judge:

On October 13, 2020, the Court continued the stay of this action and directed the parties to submit a joint status within sixty (60) days regarding the process by Plaintiff's surviving spouse of applying for letters of administration. Dkt. No. 22. That letter was due on December 12, 2020, but the parties have not filed such letter.

The parties are directed to file the joint status letter by December 21, 2020.

SO ORDERED.

Dated: December 18, 2020                    _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge