```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CHRISTOPHER O'ROURKE,                                             :
                                                                  :
                              Plaintiff,                          :
                                                                  :        20-cv-1294 (LJL)
            -v-                                                   :
                                                                  :        ORDER
BUTTERCUP CRANBERRY INC., et al.,                                 :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2021

LEWIS J. LIMAN, United States District Judge:

The case was stayed on September 11, 2020. Dkt. No. 20. On October 13, 2020, the Court directed the parties to submit a joint status letter within sixty (60) days, by December 12, 2020, regarding the process by Plaintiff's surviving spouse of applying for letters of administration. Dkt. No. 22. The parties failed to submit this letter.

On December 18, 2020, the Court ordered the parties to file the joint status letter by December 21, 2020. Dkt. No. 23. Defendants submitted a status letter on December 21, 2020 but noted that "Plaintiff's counsel was unavailable to review and sign off on this joint status letter," and that Plaintiff's counsel said "he will update the Court on the status of the Letter of Administration in a Letter Motion." Dkt. No. 24.

It has been two weeks since the December 21 deadline—and three weeks since the original deadline—and Plaintiff has not submitted a letter on the status of the letters of administration. Defendants' letter notes that Plaintiff has not responded to the interrogatories and requests for production served by Defendant Buttercup Cranberry Inc. on June 28, 2020 or to the interrogatories and requests for production served by Defendant 793 2nd Avenue Inc. on

June 26, 2020.  *See id.* at 2-3.

It is HEREBY ORDERED that Plaintiff shall submit a letter on the status of the letters of administration by January 11, 2021.  Failure to do so may result in dismissal of the action for failure to prosecute.

SO ORDERED.

Dated: January 4, 2021
       New York, New York

                                    LEWIS J. LIMAN
                                  United States District Judge